UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PATRICK L. WYATT, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| vs. ) | No. 1:20-cv-03198-JMS-MG |
| ) | |
| FIVE STAR TECHNOLOGY SOLUTIONS, LLC, ) | |
| ) | |
| *Defendant*. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Magistrate Judge Mario Garcia submitted his Report and Recommendation on Defendant Five Star Technology Solutions, LLC's ("Five Star") Motion for Sanctions, [Filing No. 52], regarding *pro se* Plaintiff Patrick Wyatt's failure to comply with the Court's April 9, 2021 Order in which it ordered Mr. Wyatt to cease harassing Five Star and its employees, [Filing No. 45]. [Filing No. 58.] In his Report and Recommendation, Magistrate Judge Garcia recommended that the Court grant Five Star's Motion for Sanctions to the extent that this matter should be dismissed with prejudice; Mr. Wyatt should be ordered to pay Five Star's attorneys' fees and costs incurred in connection with filing and briefing the Motion for Sanctions, [Filing No. 52], and the Motion for Order to Show Cause, [Filing No. 18]; and Mr. Wyatt should be ordered to cease any further harassment of Five Star, its employees, and its counsel. [Filing No. 58.]

The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections, and none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. [Filing No. 58.] Accordingly, the Court **GRANTS** Five Star's Motion for Sanctions, [52], to the extent that:

1

- This action is **DISMISSED WITH PREJUDICE**;

- Mr. Wyatt is **ORDERED** to pay Five Star's attorneys' fees and costs incurred in connection with filing and briefing the Motion for Sanctions, [Filing No. 52], and the Motion for Order to Show Cause, [Filing No. 18]. The amount of attorneys' fees and costs to be awarded, addressed in Five Star's Petition for Attorneys' Fees and Costs, [Filing No. 59], will be ruled upon in due course;

- Mr. Wyatt is **ORDERED** to cease any further harassment of Five Star, its employees, Seyfarth Shaw LLP, and its counsel of record in this action, including via telephone, email, and social media.

Final judgment will enter after the Court has ruled on Five Star's Petition for Attorneys' Fees and Costs. [Filing No. 59.]

Date: 6/29/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**

**Distribution via United States Mail to:**

Patrick L. Wyatt
8314 Picadilly Lane
Indianapolis, IN 46256