UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| PATRICK L. WYATT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   No. 1:20-cv-03198-JMS-MG |
| | ) |
| FIVE STAR TECHNOLOGY SOLUTIONS, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

On June 30, 2021, Defendant Five Star Technology Solutions, LLC ("Five Star") filed a Notice of Plaintiff's Continuing Violations of Court's Order. [Filing No. 63.] The Court notes that a notice does not require a ruling by the Court – rather, Five Star must file a motion to the extent it seeks action by the Court. Fed. R. Civ. P. 7(b).

The Court further notes that the only response to Five Star's Petition for Attorneys' Fees and Costs, [Filing No. 59], that has been filed to date is a response filed by Plaintiff Patrick Wyatt's former counsel, Aaron Haith, in which Mr. Haith opposes any personal liability on his part for attorneys' fees and costs, [Filing No. 64]. The deadline for filing a reply brief has passed, the Court considers Five Star's Petition for Attorneys' Fees and Costs to be fully briefed, and the Court will rule on the Petition in due course.

Date: 9/7/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**

**Distribution via United States Mail to:**
Patrick L. Wyatt
8314 Picadilly Lane
Indianapolis, IN 46256